IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:24-cr-184 |
| MICHAEL DOMINICK | (18 U.S.C. § 1341) |

## INFORMATION

The United States Attorney charges:

## GENERAL ALLEGATIONS

At all times material to this Information:

1. Ambridge Water Authority (AWA) was a municipal authority, incorporated in the Commonwealth of Pennsylvania, responsible for providing water and related services to the businesses and residents of Ambridge, Harmony, and Economy, Pennsylvania. AWA was governed by a board of directors, appointed by the Ambridge Borough Council, and was located within the Western District of Pennsylvania at 600 Eleventh Street, Ambridge, Pennsylvania 15003.

2. AWA charged for water and services rendered to its customers and accepted payment in the form of cash, check, or credit card.

3. The Board of Directors ("the Board") oversaw all of AWA's operations, to include the hiring and management of AWA employees, the approval and oversight of AWA projects, and the review of the AWA's yearly budget, annual report, and annual audit conducted by an outside accounting firm.

4. The defendant, MICHAEL DOMINICK, was employed as the Manager for AWA for which he was paid an annual salary of approximately $95,000, provided a gas credit card to be

used for AWA-related work, and received matching contributions to his 401(k) retirement account. As Manager of AWA, the defendant, MICHAEL DOMINICK, had primary control over the day-to-day activities of AWA, oversaw the internal payroll system and AWA's other financial activity, deposited all cash and non-cash payments received from customers for water and related services, and maintained the financial records, among other responsibilities.  The defendant, MICHAEL DOMINICK, was also the "point person" for annual audits conducted of AWA's financial records by an outside accounting firm.

5. AWA held numerous bank accounts at WesBanco.  WesBanco was headquartered at 1 Bank Plaza, Wheeling, West Virginia 26003, and operated a branch at 506 Merchant Street, Ambridge, Pennsylvania, at which AWA maintained, among others, two checking accounts: a "Revenue" account (Account Number XX0668) and a "Petty Cash" account (Account Number XX0710).  The defendant, MICHAEL DOMINICK, in his capacity as Manager, was required to deposit payments received from customers for water and related services into the "Revenue" account.

6. AWA held two debit cards which were linked to AWA's "petty cash" account at WesBanco.  The defendant, MICHAEL DOMINICK, as part of his duties and responsibilities, was authorized to maintain one of the AWA debit cards and to utilize it to conduct AWA's official business.

7. The defendant, MICHAEL DOMINICK, maintained two personal checking accounts: one at WesBanco (Account Number xx1005) and another at First Commonwealth Bank, headquartered at 600 Philadelphia Street, Indiana, Pennsylvania (Account Number xx3384).

**THE SCHEME AND ARTIFICE TO DEFRAUD**

8. From in and around January 2020, and continuing thereafter until in and around August 2022, in the Western District of Pennsylvania and elsewhere, the defendant, MICHAEL DOMINICK, devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, well knowing that such pretenses, representations, and promises were false and fraudulent when made, which such scheme and artifice to defraud was, in substance, as follows:

9. It was part of the scheme and artifice to defraud that the defendant, MICHAEL DOMINICK, without authorization or board approval, issued payments to himself, in the form of 34 checks drawn on AWA's "petty cash" account, totaling approximately $65,514, and deposited said checks into one of his own bank accounts at WesBanco or First Commonwealth Bank for his personal benefit.

10. It was further part of the scheme and artifice to defraud that the defendant, MICHAEL DOMINICK, disguised and concealed his receipt of the above-referenced issued checks by either failing to identify the payee in the check register or by falsely reporting the name of the payee and/or the amount paid, to include, among others, the following:

    a. The defendant, MICHAEL DOMINICK, on or about August 24, 2021, issued a check to himself in the amount of $1,450.00, check number 4150, and falsely wrote in the check register that check 4150 was issued to the "Dept. of Environmental Protection" for $1,450.00.

    b. The defendant, MICHAEL DOMINICK, on or about December 21, 2021, issued a check to himself in the amount of $1,890.00, check number 4255, and falsely wrote in the

check register that check 4255 was issued to an AWA customer known to the United States Attorney in the amount of $50.00.

   c.  The defendant, MICHAEL DOMINICK, on or about February 1, 2022, issued a check to himself in the amount of $2,740.00, check number 4281, and falsely wrote in the check register that check 4281 was issued to "PA Dep" in the amount of $60.00.

 11. It was further part of the scheme and artifice to defraud that the defendant, MICHAEL DOMINICK, without authorization or board approval, took 13 checks totaling approximately $89,671, issued to and received by AWA, and deposited the checks into one of his own bank accounts at WesBanco or First Commonwealth Bank for his personal benefit.

 12. It was further part of the scheme and artifice to defraud that the defendant, MICHAEL DOMINICK, without authorization or board approval, took for his personal benefit approximately $717,061 in cash payments received by AWA from its customers for water and services rendered which were intended to be deposited into the AWA "Revenue" account.

 13. It was further part of the scheme and artifice to defraud that the defendant, MICHAEL DOMINICK, without authorization or board approval, used AWA's debit card, linked to the "petty cash" account at WesBanco, to purchase personal items totaling approximately $200,939, such purchases having been made from Amazon, Pittsburgh Veterinary Specialty & Emergency Center, eBay, Poshmark, PayPal, and Cinch Jeans, among other merchants.

 14. It was further part of the scheme and artifice to defraud that the defendant, MICHAEL DOMINICK, without authorization or board approval, purchased for personal use a 1959 Topps Brand Regular Baseball Card of Roberto Clemente, number 487, from Amazon, costing $147.34, inclusive of sales tax and shipping, using AWA's "petty cash" debit card.

## MAIL FRAUD

## COUNT ONE

The United States Attorney further charges:

Paragraphs 1 through 14 of this Information are hereby re-alleged and incorporated by reference as though fully set forth herein.

15. On or about the January 14, 2021, in the Western District of Pennsylvania and elsewhere, the defendant, MICHAEL DOMINICK, for the purpose of executing the aforesaid scheme and artifice to defraud, and in attempting to do so, did knowingly cause to be placed in a post office or authorized depository for United States mail matter a 1959 Topps Brand Regular Baseball Card of Roberto Clemente, number 487, and sent and delivered by the United States Postal Service, First Class Mail, according to the directions thereon, to the defendant, MICHAEL DOMINICK, at a residential address in Aliquippa, Pennsylvania.

In violation of Title 18, United States Code, Section 1341.


_____
ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

_____
CAROLYN J. BLOCH
Assistant United States Attorney
PA ID No. 53430