IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 2:24-cr-184 |
| MICHAEL DOMINICK | |

## INFORMATION MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said District, and submits this Information Memorandum to the Court:

## I.  THE INFORMATION

A one-count Information was filed against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| One | Mail Fraud<br>On or about January 14, 2021 | 18 U.S.C. § 1341 |

## II.  ELEMENTS OF THE OFFENSE

**A.  As to Count 1:**

In order for the crime of Mail Fraud, in violation of 18 U.S.C. § 1341, to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1. That the defendant, MICHAEL DOMINICK, knowingly devised a scheme to defraud or to obtain money or property by materially false or fraudulent pretenses, representations or promises;

2. That the defendant, MICHAEL DOMINICK, acted with the intent to defraud; and

3. That in advancing, furthering, or carrying out the scheme, the defendant, MICHAEL DOMINICK, used the mails, or caused the mails to be used.

Third Circuit Model Criminal Jury Instruction 6.18.1341.

### III. PENALTIES

**A.  As to Count 1:  Mail Fraud (18 U.S.C. § 1341):**

1. Individuals - The maximum penalties for individuals are:

    (a) imprisonment for not more than twenty (20) years;

    (b) a fine not more than the greater of;

    (1) $250,000 (18 U.S.C. § 3571(b)(3));

    or

    (2) an alternative fine in an amount not more than the greater of twice the gross pecuniary gain to any person or twice the pecuniary loss to any person other than the defendant, unless the imposition of this alternative fine would unduly complicate or prolong the sentencing process (18 U.S.C. § 3571(d));

    (c) a term of supervised release of not more than three (3) years (18 U.S.C. §§ 3559, 3583); and

    (d) any or all of the above.

### IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at Count One, upon conviction, pursuant to 18 U.S.C. § 3013.

## V. RESTITUTION

Restitution may be required in this case as to Count One, together with any authorized penalty, as part of the defendant's sentence pursuant to 18 U.S.C. §§ 3663A and 3664.

## VI. FORFEITURE

Not applicable in this case.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

*Carolyn J. Bloch*
CAROLYN J. BLOCH
Assistant U.S. Attorney
PA ID No. 53430